IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM R. WHITE,

    Plaintiff,

-vs-

PATRICK R. DONAHOE,

    Defendant.                    NO.  12-cv-1235-DRH

## ORDER

**HERNDON, Chief Judge**

    The complaint in this case was filed on December 5, 2012.  As of this date, the docket sheet does not indicate that service has been made on all defendants within the 120 days authorized by Federal Rule of Civil Procedure 4(m).  Rule 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  The plaintiff has been given two notices of potential dismissal of this case without effecting service, first on July 17, 2013 (Doc. 7) and next on August 15, 2013 (Doc. 9). Therefore,  electing to follow the first option, the Court dismisses this action without prejudice.

**IT IS SO ORDERED.**

**DATED:** September 9, 2013

                                                  David R. Herndon
                                                  2013.09.09
                                                  11:47:47 -05'00'

                                              CHIEF JUDGE
                                              U.S. DISTRICT COURT